IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | |
| v. | * | (Fraud and Related Activity in |
| | * | connection with Identification |
| ROBERT MICHAEL STEWART | * | Documents, Authentication Features, |
| | * | and Information, 18 U.S.C. §1028(a)(2) |
| Defendant | * | and (a)(3); Aggravated Identity Theft, |
| | * | 18 U.S.C. § 1028A; Aiding and |
| | * | Abetting, 18 U.S.C. § 2) |

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

1.  On or about January 11, 2007, in the District of Maryland,

**ROBERT MICHAEL STEWART,**

the defendant herein, did knowingly transfer an identification document, authentication feature, and a false identification document, knowing that such document and feature was stolen or produced without lawful authority; to wit, he transferred over 300 files containing the personal and financial information of individuals who had applied for a mortgage, including the names, social security numbers, bank account numbers, credit card numbers, copies of driver's licenses and other identification documents and authentication features contained in the files.

18 U.S.C. § 1028(a)(2)
18 U.S.C. § 2



## COUNT TWO

The Grand Jury for the District of Maryland charges that:

1. On or about January 10, 2007, in the District of Maryland,

**ROBERT MICHAEL STEWART,**

the defendant herein, did knowingly and without lawful authority possess with intent to use and transfer unlawfully five or more identification documents and authentication features; to wit, he possessed over 300 files containing the personal financial information of individuals who had applied for a mortgage, including the names, social security numbers, bank account numbers, credit card numbers, copies of driver's licenses and other identification documents and authentication features contained in the files, which files he subsequently sold and transferred to another individual for $8,000.00

18 U.S.C. § 1028(a)(3)
18 U.S.C. § 2

## COUNT THREE

The Grand Jury for the District of Maryland charges that:

1.  On or about January 10 and 11, 2007, in the District of Maryland,

**ROBERT MICHAEL STEWART,**

the defendant herein, did, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), knowingly transfer and possess, without lawful authority, a means of identification of another person; to wit, the name, social security number (\*\*\*-\*\*-2285), and other means of identification of "RL," to facilitate Fraud and Related Activity in Connection with Identification Documents, Authentication Features, and Information under 18 U.S.C. §1028(a)(2) and 1028(a)(3), as alleged in Counts One and Two of this Indictment.

18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 2

3

## COUNT FOUR

The Grand Jury for the District of Maryland charges that:

1. On or about January 10 and 11, 2007, in the District of Maryland,

**ROBERT MICHAEL STEWART,**

the defendant herein, did, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), knowingly transfer and possess, without lawful authority, a means of identification of another person; to wit, the name, social security number (\*\*\*-\*\*-1312), and other means of identification of "CP," to facilitate Fraud and Related Activity in Connection with Identification Documents, Authentication Features, and nformation under 18 U.S.C. §1028(a)(2) and 1028(a)(3), as alleged in Counts One and Two of this Indictment.

18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 2

4

## COUNT FIVE

The Grand Jury for the District of Maryland charges that:

1. On or about January 10 and 11, 2007, in the District of Maryland,

**ROBERT MICHAEL STEWART,**

the defendant herein, did, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), knowingly transfer and possess, without lawful authority, a means of identification of another person; to wit, the name, social security number (\*\*\*-\*\*-1825), and other means of identification of "MP," to facilitate Fraud and Related Activity in Connection with Identification Documents, Authentication Features, and Information under 18 U.S.C. §1028(a)(2) and 1028(a)(3), as alleged in Counts One and Two of this Indictment.

18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 2

5

## COUNT SIX

The Grand Jury for the District of Maryland charges that:

1.  On or about January 10 and 11, 2007, in the District of Maryland,

**ROBERT MICHAEL STEWART,**

the defendant herein, did, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), knowingly transfer and possess, without lawful authority, a means of identification of another person; to wit, the name, social security number (***-**-8133), and other means of identification of "KL" to facilitate Fraud and Related Activity in Connection with Identification Documents, Authentication Features, and information under 18 U.S.C. §1028(a)(2) and 1028(a)(3), as alleged in Counts One and Two of this Indictment.

18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 2

## COUNT SEVEN

The Grand Jury for the District of Maryland charges that:

1. On or about January 10 and 11, 2007, in the District of Maryland,

**ROBERT MICHAEL STEWART,**

the defendant herein, did, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), knowingly transfer and possess, without lawful authority, a means of identification of another person; to wit, the name, social security number (\*\*\*-\*\*-3103), and other means of identification of "JF," to facilitate Fraud and Related Activity in Connection with Identification Documents, Authentication Features, and Information under 18 U.S.C. §1028(a)(2) and 1028(a)(3), as alleged in Counts One and Two of this Indictment.

18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 2

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

Rod J. Rosenstein
United States Attorney

Dated: January 17, 2007